UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF THE TREASURY, <br><br> Defendant. | Civil Action No. 19-2719 (CRC) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated April 9, 2020, the parties, by and through undersigned counsel respectfully inform the Court as follows:

1. As outlined in the last status report, the Department of Treasury ("Treasury") completed its search and processing of records responsive to Plaintiff's Freedom of Information Act ("FOIA") request.

2. The parties have made substantial progress towards resolving the remaining issues in this case. As noted in the last report, Plaintiff has reviewed the response and has raised some issues.

3. Treasury has been trying to address Plaintiff's questions, but it has been difficult because it has been occupied full time on COVID-19 issues. Treasury is on the front lines in addressing the economic impacts of the pandemic. Treasury's attorney team has been working not only on the internal-facing issues relating to protecting the health and safety of Treasury employees but also on the external-facing issues relating to standing up the new economic stimulus programs.

4. Treasury provided responses to Plaintiff's concerns regarding its Exemption 6 redactions, namely the descriptions of the persons on the "To" and "CC" lines whose names had

been redacted. Treasury needs additional time to analyze and respond to Plaintiff's Exemption 5 related questions, but it will do so as quickly as possible given the COVID-related circumstances. The parties are continuing to confer regarding those issues and they hope to resolve this case without the Court's involvement.

5. While the Court has set a briefing schedule in this matter, the parties are attempting to resolve this matter without the assistance of the Court and ask that the briefing schedule be stayed. The parties also propose that a further status report be filed on June 15, 2020.

Respectfully submitted,

/s/ *Laura C. Beckerman*
Laura C. Beckerman
(D.C. Bar No. 1008120)
Anne L. Weismann
(D.C. Bar No. 298190)
Citizens for Responsibility and Ethics
  in Washington
1101 K Street, NW, Suite 201
Washington, D.C. 20005
Phone: (202) 408-5565
Fax: (202) 588-5020

*Attorneys for Plaintiff*

TIMOTHY J. SHEA, D.C. Bar #437437
United States Attorney

DANIEL VAN HORN, D.C. Bar #924092
Chief, Civil Division

/s/ *Patricia McBride*
PATRICIA K. MCBRIDE
Assistant United States Attorney, Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-7123
Email: Patricia.McBride@usdoj.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE TREASURY,<br><br>Defendant. | Civil Action No. 19-2719 (CRC) |

### [PROPOSED] ORDER

Upon consideration of the parties' Joint Status Report, it is hereby ORDERED that the Briefing Schedule is Stayed. It is further ordered that the Parties shall file a further status report on June 15, 2020.

SO ORDERED.

Date: _____                    _____
                                        United States District Judge