UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>U.S. DEPARTMENT OF THE TREASURY,<br><br>　　　　　Defendant. | Civil Action No. 19-2719 (CRC) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated May 11, 2020, the parties, by and through undersigned counsel respectfully inform the Court as follows:

1. As outlined in the last status report, the Department of Treasury ("Treasury") completed its search and processing of records responsive to Plaintiff's Freedom of Information Act ("FOIA") request.

2. The parties subsequently have made substantial progress towards resolving the remaining issues in this case. At Plaintiff's request, Treasury provided additional information (e.g., job titles) regarding the individuals whose identities it had redacted pursuant to FOIA Exemption 6. At Plaintiff's request, Treasury also has closely reexamined a small number of documents that it withheld pursuant to FOIA Exemption 5, and it has confirmed that it cannot produce any further information in those documents without revealing privileged information the release of which would cause reasonably foreseeable harm.

3. Plaintiff has posed one additional clarifying question that Treasury is seeking to answer without revealing information protected by Exemptions 5 or 6. By July 20, 2020, the parties

anticipate that they can submit a final status report informing the Court whether summary judgment briefing will be necessary and, if so, which subset of records withheld by Treasury is still at issue and will be the subject of that motion.

        Respectfully submitted,

*/s/ Anne L. Weismann*
Anne L. Weismann
(D.C. Bar No. 298190)
Laura C. Beckerman
(D.C. Bar No. 1008120)

Citizens for Responsibility and Ethics
  in Washington
1101 K Street, NW, Suite 201
Washington, D.C. 20005
Phone: (202) 408-5565
Fax: (202) 588-5020

*Attorneys for Plaintiff*

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL VAN HORN, D.C. Bar #924092
Chief, Civil Division

/s/ *Patricia McBride*
PATRICIA K. MCBRIDE
Assistant United States Attorney, Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-7123
Email: patricia.mcbride@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE TREASURY,<br><br>Defendant. | Civil Action No. 19-2719 (CRC) |

## [PROPOSED] ORDER

Upon consideration of the Status Report, it is hereby ORDERED that the Briefing Schedule is Stayed. It is further ordered that the Parties shall file a further status report on July 20, 2020.

SO ORDERED.

Date: _____                    _____
                                          United States District Judge